1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | L. JOHNS,                                    CASE NO. 1:09-cv-00633-YNP PC

10 |                         Plaintiff,           ORDER TO SUBMIT APPLICATION TO
                                                  PROCEED IN FORMA PAUPERIS OR PAY
11 |         v.                                   FILING FEE WITHIN 45 DAYS

12 | W. ICKE, et al.,

13 |                         Defendants.

14 | _____/

15
16       Plaintiff L. Johns ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action
17 pursuant to 42 U.S.C. § 1983.   Plaintiff has not paid the $350.00 filing fee, or submitted an
18 application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

       Accordingly, IT IS HEREBY ORDERED that:
19
20       Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
21 attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
22 the $350.00 filing fee for this action.  **No requests for extension will be granted without a
   showing of good cause.**
23
24       **Failure to comply with this order will result in a recommendation that this action be
   dismissed.**
25
26
27       IT IS SO ORDERED.

28    **Dated:   September 1, 2009**              _____ /s/ **Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE

1